UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
   DEXTER LASTER )
) CASE NO. 16-31173-DHW-13
      Debtor(s). )

OBJECTION TO CONFIRMATION

Now comes ALABAMA RURAL ELECTRIC CREDIT UNION, by its attorneys, Chambless Math ❖ Carr, P.C., and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

1. This creditor has filed a claim in the amount of $60,480.60 which is secured by one 2014 JAYCO M-361 TRAVEL TRAILER.

2. The collateral securing the debts of the creditor is grossly undervalued and/or the specified monthly payment is insufficient to provide this creditor with adequate protection against depreciation of its interest over the term of the plan. The plan proposes to value the collateral at $41,000.00 whereas the NADA used retail value is $66,930.00.

3. The plan is not feasible. The specified payment for this Creditor is insufficient to pay the secured claim of this creditor over the term of the plan. The plan fails to meet the requirements of 11 U.S.C. Section 1325(a)(6).

WHEREFORE, ALABAMA RURAL ELECTRIC CREDIT UNION, prays for an Order denying confirmation along with such further relief as the Court may deem proper.

                                            ALABAMA RURAL ELECTRIC CREDIT UNION

                                            By: /s/ Leonard N. Math

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230
lmath@chambless-math.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and/or depositing a copy thereof in the United States mail postage prepaid on this July 15, 2016.

CURTIS C. REDING
Chapter 13 Trustee
P.O. BOX 173
MONTGOMERY AL 36101

RICHARD D SHINBAUM
SHINBAUM & CAMPBELL
P.O. BOX 201
MONTGOMERY AL 36101

DEXTER LASTER
447 HAMDEN RIDGE RD
EVERGREEN AL 36401

/s/ Leonard N. Math