IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>DEXTER LASTER<br>SSAN: XXX-XX-8481<br><br><br><br>Debtor(s) | Case No. 16-31173-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s)' plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on May 09, 2016.

2. The debtor(s) §341 Meeting of Creditors was held June 23, 2016.

(**X**) The Attorney's fee disclosure either was not filed, or there is some discrepancy between the disclosure and the plan.

(**X**) The plan failed to make provisions for the following secured/priority creditors listed Creditor(s): IRS.

(**X**) The plan fails to comply with Court's standing order on adequate protection payments.

(**X**) The plan fails to meet the disposable income test. Please review this case and amend the plan to meet the disposable income test as discussed at the 341.

(**X**) The debtor has not provided the Trustee with the documents requested at the 341 hearing.

(**X**) The 2016 disclosure provides for $0 to be paid to the attorney in this case. The plan provides for a fee of $3,250.00. This discrepancy was pointed out to counsel for the debtor but has not yet been remedied. .

(**X**) The Trustee requested the debtor provide an itemization and documentation with regard to the per dieum and rental expense deductions on Form 122C-2, but to date this has not been provided to the Trustee. .

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtors' plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this July 25, 2016.

| | |
|---|---|
| Office of the Chapter 13 Trustee<br>P. O. Box 173<br>Montgomery, AL 36101-0173<br>Phone: (334)262-8371<br>Fax: (334)262-8599<br>email: mckinneys@ch13mdal.com | Curtis C. Reding<br>Chapter 13 Trustee<br><br><br><br>By:/s/ *Sabrina L. McKinney*<br>Sabrina L. McKinney |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this July 25, 2016.

Copy to: DEBTOR(S)
       RICHARD D SHINBAUM

/s/ *Sabrina L. McKinney*
Sabrina L. McKinney